IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dorsey, Maxine I | Case Number: 06 B 07828 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 7/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 9, 2008
Confirmed: January 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 71,192.00 | |
| Secured: | | 10,915.00 |
| Unsecured: | | 32,387.48 |
| Priority: | | 19,370.84 |
| Administrative: | | 1,874.00 |
| Trustee Fee: | | 4,054.95 |
| Other Funds: | | 2,589.73 |
| Totals: | 71,192.00 | 71,192.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,574.00 | 1,574.00 |
| 2. | Robert J Semrad & Associates | Administrative | 300.00 | 300.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 6. | Americredit Financial Ser Inc | Secured | 6,912.00 | 6,912.00 |
| 7. | City Of Chicago | Secured | 435.00 | 435.00 |
| 8. | Saxon Mortgage Services Inc | Secured | 3,568.00 | 3,568.00 |
| 9. | Internal Revenue Service | Priority | 17,502.66 | 17,502.66 |
| 10. | Illinois Dept of Revenue | Priority | 1,868.18 | 1,868.18 |
| 11. | Premium Asset Recovery Corp | Unsecured | 526.39 | 526.39 |
| 12. | AmeriCash Loans, LLC | Unsecured | 1,037.74 | 1,037.74 |
| 13. | AAA Checkmate LLC | Unsecured | 592.66 | 592.66 |
| 14. | AmeriCash Loans, LLC | Unsecured | 977.14 | 977.14 |
| 15. | Internal Revenue Service | Unsecured | 19,080.35 | 19,080.35 |
| 16. | Advocate Trinity Hospital | Unsecured | 863.88 | 863.88 |
| 17. | Brother Loan & Finance | Unsecured | 746.99 | 746.99 |
| 18. | Aspire Visa | Unsecured | 1,216.94 | 1,216.94 |
| 19. | Illinois Dept of Revenue | Unsecured | 440.08 | 440.08 |
| 20. | Peoples Energy Corp | Unsecured | 745.10 | 745.10 |
| 21. | City Of Chicago Dept Of Revenue | Unsecured | 350.00 | 350.00 |
| 22. | Monterey Financial Services | Unsecured | 760.79 | 760.79 |
| 23. | City Of Chicago | Unsecured | 13.27 | 13.27 |
| 24. | Americredit Financial Ser Inc | Unsecured | 5,036.15 | 5,036.15 |
| 25. | Advocate Trinity Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dorsey, Maxine I | Case Number: 06 B 07828 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 7/3/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 27. | Collection Company Of America | Unsecured | | No Claim Filed |
| 28. | Blair | Unsecured | | No Claim Filed |
| 29. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 30. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 31. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 32. | AT&T | Unsecured | | No Claim Filed |
| 33. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 34. | Credit Protection Association | Unsecured | | No Claim Filed |
| 35. | NW Collector | Unsecured | | No Claim Filed |
| 36. | M3 Financial Services | Unsecured | | No Claim Filed |
| 37. | Certified Recovery | Unsecured | | No Claim Filed |
| 38. | Rush Dermatology Ser | Unsecured | | No Claim Filed |
| 39. | Penn Credit Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 64,547.32 | $ 64,547.32 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 244.61 |
| 5.4% | 1,558.80 |
| 6.5% | 2,251.54 |
| | _____ |
| | $ 4,054.95 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

